# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>J ALFREDO ENRIQUEZ PENARAN,<br><br>Defendant. | CASE NO.: 21CR3361-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that the motion hearing/trial setting currently scheduled for January 14, 2022, at 1:30 p.m., be continued to February 18, 2022, at 1:30 p.m. The time period of January 14, 2022, to February 18, 2022, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: January 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge