# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>J ALFREDO ENRIQUEZ-PENARAN,<br><br>Defendant. | CASE No. 3:21-cr-03361-JLS<br><br>ORDER TO EXCLUDE TIME AND TO CONTINUE THE MOTION HEARING/TRIAL SETTING FROM 2/18/2022 TO 4/1/2022 at 1:30 PM |

Pursuant to the PARTIES' motion, dated February 15, 2022, the Court Hereby Orders that:

1. The motion hearing/trial setting currently scheduled for February 18, 2022, shall be continued and scheduled to take place on April 1, 2022, at 1:30 PM.
2. For the reasons set forth in the joint motion, time is excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated: February 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge